## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**IGLESIA CASA DEL ALFARERO**

**Plaintiff(s)**

v.

**GUIDEONE MUTUAL INSURANCE COMPANY,**

**Defendant(s).**

_____/

**FEDERAL COURT**
**CASE NO.: 6:21-cv-980**

**STATE COURT**
**CASE NO.: 2021CA4661-O**

## NOTICE OF REMOVAL

**COMES NOW** Defendant GuideOne Mutual Insurance Company ("GuideOne"), through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby files this short and plain statement of the grounds for removing this cause of action to the United States District Court for Middle District of Florida, Orlando Division, together with a copy of all process, pleadings, and orders served upon GuideOne in the state court case. In support thereof, GuideOne states the following:

## The Parties Are Diverse

1. Pursuant to 28 U.S.C. § 1332, the parties are diverse.

2. Plaintiff Iglesia Casa Del Alfarero, Inc. is incorporated in the State of Florida.

3. GuideOne is incorporated in the State of Iowa, its principal place of business is in Iowa, and it is authorized to do business in the State of Florida.

## The Notice of Removal is Timely

4. This notice of removal is timely because it is filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1) (2020).

5. On May 3, 2021, Plaintiff sued GuideOne for breach of contract. The lawsuit is pending in the Ninth Judicial Circuit, in and for Orange County, Florida. The state court case is Case No. 2021CA4661-O.

6. Plaintiff served GuideOne with the Complaint on May 10, 2021.

7. Copies of all process, pleadings, and orders served upon Defendant and such other papers as required by the local rules of court, are attached.

## The Amount In Controversy Exceeds $75,000

8. The amount in controversy exceeds $75,000.

9. In October 2020, GuideOne received a copy of a $321,853.67 estimate from Plaintiff's public adjuster. GuideOne also received a Sworn Statement in Proof of Loss totaling $320,343.23. The Sworn Statement in Proof of Loss and damage estimate are attached as **Exhibit A.**

10. Plaintiff's Sworn Statement in Proof of Loss and damage estimate satisfy the amount in controversy required by 28 U.S.C. §1332, such that district courts have jurisdiction over the pending action. *Gleaton & Demaria Commercial Dev., LLC v. Westchester Surplus Lines Ins. Co.*, No. 3:18-CV-1913-MCR-GRJ, 2018 WL 8496001, at *3 (N.D. Fla. Sept. 21, 2018); *See Perez-Malo v. First Liberty Ins. Corp.*, No. 1:17-CV-21180-KMM, 2017 WL 7731958, at *3 (S.D. Fla. June 8, 2017) (finding a repair estimate to be an honest assessment of damages for the purpose of establishing the amount in controversy).

11. Attached are a copy of the Certification of Notice of Removal and the Notice of Removal to Opposing Counsel, which will be filed by Defendant in the state court where this action is pending.

WHEREFORE, Defendant GUIDEONE MUTUAL INSURANCE COMPANY, respectfully requests that this Honorable Court exercise jurisdiction over this matter.

        Attorney for Defendant
        PO Box 14503
        Des Moines, IA 50306
        Telephone: (813) 397-3695
        Facsimile: (515) 267-5431
        E-Mail: ewilliams@guideone.law
        legalworkrequests@guideone.com

        /s/ Erica K. Williams
        **ERICA K. WILLIAMS**
        FBN: 23807

## **CERTIFICATE OF SERVICE**

I certify that a copy of this Notice of Removal has been furnished to:

Loren Hevesi, Esq.
The Bush Law Group, LLC.
6622 Southpoint Dr. S., Suite 190
Jacksonville, FL 32216
Loren@BushLawGroup.net
Attorneys For: Plaintiff

by ECF on June 7, 2021.

        /s/ Erica K. Williams
        **ERICA K. WILLIAMS, ESQ.**